**FILED**

06/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0428

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0428

_____

STATE OF MONTANA,

     Plaintiff and Appellant,

v.

TYLER EDWARD GIFFIN,

     Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2021